# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 46 DB 2023 (No. 37 RST 2023) |
| | : | |
| KIM RONALD SMITH | : | Attorney Registration No. 75133 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM RETIRED STATUS | : | (Lancaster County) |

## O R D E R

**PER CURIAM**

    **AND NOW**, this 11th day of May, 2023, the Report and Recommendation of Disciplinary Board Member dated April 28, 2023, is approved and it is ORDERED that KIM RONALD SMITH, who has been on Retired Status, has demonstrated that she has the moral qualifications, competency, and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.